1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger Cortez,<br><br>      Plaintiff,<br><br>   v.<br><br>Uwe-Jens Reimer, in individual and representative capacity as trustee of the Reimer Trust; Nancy J. Reimer, in her individual and representative capacity as trustee of the Reimer Trust; Sierra Mountain Company, Inc., a California Corporation; and Does 1-10,<br><br>      Defendants. | Case No. 1:14-cv-00639-SKO<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JULY 8, 2014 FOR DEFENDANT TO RESPOND TO COMPLAINT AND ORDER |

   Pursuant to Local Rule 144, Plaintiff, Roger Cortez, and Defendants, Uwe-Jens Reimer, Nancy J. Reimer and Sierra Mountain Company, Inc., by and through their respective counsel stipulate as follows:

   1.   The parties have not previously requested an extension of time to respond to the Complaint;

   2.   The parties stipulate that Defendants have requested an extension until July 8, 2014 to respond or otherwise plead;

-1-
*STIPULATION FOR EXTENSION OF TIME; ORDER THEREON 1:14-cv-00639-SKO*

3. The parties stipulate to Defendants request for an extension until July 8, 2014 to respond or otherwise plead;

4. Defendants' response will be due no later than July 8, 2014;

5. All other dates previously set by the Court will remain in effect.

IT IS SO STIPULATED effective as of June 10, 2014.

Dated: June 10, 2014            /s/ *Cris C. Vaughan*
                                CRIS C. VAUGHAN
                                Attorney for Defendants,
                                Uwe-Jens Reimer; Nancy J Reimer and
                                Sierra Mountain Company, Inc.

Dated: June 10, 2014             /s/ *Phyl Grace*
                                 PHYL GRACE
                                 Attorney for Plaintiff,
                                 Roger Cortez

**ORDER**

Pursuant to the parties' stipulation, Defendant shall file a response to the complaint on or before July 8, 2014. All other dates previously set by the Court shall remain in effect.

IT IS SO ORDERED.

Dated:  **June 12, 2014**                **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE